# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | 4:11MJ3030-2 |
| Plaintiff, ) | |
| ) | |
| vs. ) | **DETENTION ORDER** |
| ) | |
| **ERNESTINA GONZALEZ-LEMUS,** ) | **COMPLAINT** |
| ) | |
| Defendant. ) | |

**IT IS ORDERED,**

1) The above-named defendant shall be detained until further order, because:

  -- The defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3153 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant is not likely to fail to appear or pose a danger to the safety of any person or the community.

  -- The Court's findings are based on the evidence presented in court and contained in the court's records, and includes the following: Complaint[1] and Pretrial Services report[23].

2) Preliminary hearing is waived.

June 10, 2011                    BY THE COURT:

                                 *s/Cheryl R. Zwart*
                                 Cheryl R. Zwart
                                 United States Magistrate Judge