IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:11CR3060 |
| v. | ) | |
| ERNESTINA GONZALEZ-LEMUS, | ) | JUDGMENT |
| Defendant. | ) | |

IT IS ORDERED that judgment is entered in favor of the United States of America and against Ernestina Gonzalez-Lemus providing that she shall take nothing and her § 2255 motion is denied and dismissed with prejudice. No certificate of appealability will be issued.

DATED this 6th day of October, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge